

COURT OF APPEALS EIGHTH
DISTRICT OF TEXAS EL
PASO, TEXAS

| | | |
|---|---|---|
| DEREK HASSAN PRIDE, | § | No. 08-16-00313-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 112th District Court |
| | § | |
| THE STATE OF TEXAS, | § | Of Upton County, Texas |
| | § | |
| State. | § | (TC# 15-09-U1083-DPO) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time to file the brief until **November 11, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Gonzalo P. Rios, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before November 11, 2017.

IT IS SO ORDERED this 18th day of October, 2017.


PER CURIAM

Before McClure, CJ, Rodriguez and Palafox, JJ.